**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Deshawn Antonio SIMMONS, a/k/a
Deezie, a/k/a Shawn Simmons,
Defendant—Appellant.**

No. 07–6794.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 11, 2007.

Decided: Sept. 17, 2007.

Deshawn Antonio Simmons, Appellant
Pro Se. Leesa Washington, Office of the
United States Attorney, Greenville, South
Carolina, for Appellee.

Before WILKINSON, MOTZ, and
TRAXLER, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Deshawn Antonio Simmons seeks to ap-
peal the district court's order denying re-
lief on his 28 U.S.C. § 2255 (2000) motion.
The order is not appealable unless a circuit
justice or judge issues a certificate of ap-
pealability. 28 U.S.C. § 2253(c)(1) (2000).
A certificate of appealability will not issue
absent "a substantial showing of the denial
of a constitutional right." 28 U.S.C.
§ 2253(c)(2) (2000). A prisoner satisfies
this standard by demonstrating that rea-
sonable jurists would find that his constitu-
tional claims are debatable and that any
dispositive procedural rulings by the dis-
trict court are also debatable or wrong.
*See Miller–El v. Cockrell,* 537 U.S. 322,
336, 123 S.Ct. 1029, 154 L.Ed.2d 931
(2003); *Slack v. McDaniel,* 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); *Rose v. Lee,* 252 F.3d 676, 683 (4th
Cir.2001). We have independently re-
viewed the record and conclude that Sim-
mons has not made the requisite showing.
Accordingly, we deny a certificate of ap-
pealability and dismiss the appeal. We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*DISMISSED.*